In the Matter of NEW YORK STATE OFFICE OF CHILDREN AND FAMILY SERVICES et al., Respondents, v LAUREN LANTERMAN et al., Appellants.

Submitted January 4, 2010; decided January 12, 2010

Reported below, 62 AD3d 1109.

Motion by Civil Service Employees Association, Inc., Local 1000, AFSCME, AFL-CIO for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SADDIQ ABDUR-RASHID, Appellant.

Submitted December 21, 2009; decided January 12, 2010

Reported below, 64 AD3d 1087.

Motion for assignment of counsel granted and Peter B. Meadow, Esq., PO Box 63, Woodbourne, New York 12788 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CALVIN BATTLES, Appellant.

Submitted January 4, 2010; decided January 12, 2010

Reported below, 65 AD3d 1161.

Motion for assignment of counsel granted and Steven Banks, Esq., the Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TASHIEM BAYARD, Appellant.

Submitted December 14, 2009; decided January 12, 2010

Reported below, 63 AD3d 481.

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.